**FILED**

**MAY 0 8 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Number: 08-138 |
| v. | : | Mag Number: 07-m-236 |
| | : | VIOLATION: 18 U.S.C. § 371 |
| **DAVID C. FITZGERALD,** | : | (Conspiracy) |
| Defendant. | : | |

BATES, J. JDB

### INFORMATION

The United States Attorney informs the Court that:

### INTRODUCTORY ALLEGATIONS

At all times material to this Information:

1. Defendant DAVID C. FITZGERALD ("Fitzgerald") worked as security at Nations nightclub in Washington, D.C..

2. The Bank of America, N.A. ("BOA") is a federally-insured financial institution with branches located in the District of Columbia, Maryland, and elsewhere.

3. C.H. was a teller for the Bank of America's Mount Vernon Square branch located at 625 Massachusetts Avenue NW, Washington, D.C., whose responsibilities included processing cash withdrawals, depositing checks and cash at the request of bank account-holders, and other ordinary teller duties.

Case Related To 08CR22 (JDB)

## COUNT ONE

### (Conspiracy)

### The Scheme to Defraud

4. Beginning in or about July 2004 and continuing through August 2004, defendant DAVID C. FITZGERALD did knowingly combine, conspire, confederate, and agree together with others known and unknown to commit bank fraud, by devising a scheme and artifice to defraud BOA, a federally-insured financial institution, and to obtain its money and property in an amount exceeding $24,781 by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

### Purpose of the Scheme and Artifice

5. It was the purpose of the conspiracy for defendant DAVID C. FITZGERALD and others to enrich themselves at BOA's expense and to hide and cover up the conspiracy, its objects, and the actions taken in furtherance of it.

### Manner and Means of the Conspiracy

6. It was a part of the conspiracy that C.H. used its employment with BOA to provide account information of legitimate account holders of BOA to defendant DAVID C. FITZGERALD and other co-conspirators for the purpose of producing fraudulent checks purportedly drawn on those accounts.

7. It was a part of the conspiracy that defendant DAVID C. FITZGERALD used the account information provided by C.H. to produce fraudulent checks purportedly drawn on those accounts.

8. It was a further part of the conspiracy that defendant DAVID C. FITZGERALD and other co-conspirators entered BOA at 625 Massachusetts Avenue NW, Washington, D.C. with the intent to present fraudulent checks to C.H. for negotiation.

9. It was a further part of the conspiracy that defendant DAVID C. FITZGERALD and other co-conspirators provided fraudulent checks to C.H., who processed the fraudulent checks and in turn, provided cash in the amount of the face value of the fraudulent check to defendant DAVID C. FITZGERALD and other co-conspirators.

**Overt Acts**

10. In furtherance of the conspiracy and to accomplish the objects thereof, beginning in or about July 2004 through August 2004, defendant DAVID C. FITZGERALD, aided and abetted by his co-conspirators known and unknown, did commit the following overt acts, among others:

a. On or about the dates below, defendant DAVID C. FITZGERALD produced and C.H. processed the following fraudulent checks drawn on the Hotel and Restaurant Employees Local 25 AFL-CIO, account # xxxxxxxx1564.

| Check | Date Cashed | Amount | Name on Check |
| --- | --- | --- | --- |
| 89515 | 08/17/04 | $982.15 | Jamie Cadwell |
| 89615 | 08/17/04 | $991.40 | Royal Richardson |
| 89402 | 08/17/04 | $974.90 | Royal Richardson |
| 89396 | 08/18/04 | $994.30 | Royal Richardson |
| 89390 | 08/18/04 | $974.90 | Royal Richardson |
| 89407 | 08/18/04 | $998.50 | Royal Richardson |

| | | | |
|---|---|---|---|
| 89417 | 08/18/04 | $991.18 | Jamie Cadwell |
| 89438 | 08/18/04 | $994.80 | Jamie Cadwell |

b. On or about the dates below, defendant DAVID C. FITZGERALD produced and C.H. processed the following counterfeit checks drawn on the Saadi and Simmi Inc., C/O Blimpie Noble, account # xxxxxxxx9534.

| Check | Date Cashed | Amount | Name on Check |
|---|---|---|---|
| 20013 | 08/25/04 | $996.02 | Royal Richardson |
| 20077 | 08/25/04 | $990.32 | Royal Richardson |
| 20076 | 08/25/04 | $994.40 | Jamie Cadwell |
| 20012 | 08/25/04 | $991.81 | Jamie Cadwell |
| 19098 | 08/26/04 | $990.20 | Royal Richardson |
| 19208 | 08/26/04 | $995.80 | Royal Richardson |
| 19016 | 08/26/04 | $989.14 | Royal Richardson |
| 19198 | 08/26/04 | $992.27 | Royal Richardson |
| 19017 | 08/26/04 | $991.42 | Marcus Washington |

c. On or about the dates below, defendant DAVID C. FITZGERALD produced and C.H. processed the following counterfeit checks drawn on The Law Offices of Michael L. Avery, SR. P.C., account # xxxxxxxx0422.

| Check | Date Cashed | Amount | Name on Check |
|---|---|---|---|
| 8210 | 08/30/04 | $995.32 | Eric Taylor |
| 8175 | 08/30/04 | $997.41 | Eric Taylor |
| 8150 | 08/30/04 | $989.68 | Eric Taylor |
| 8248 | 08/30/04 | $993.90 | Eric Taylor |
| 8151 | 08/30/04 | $989.68 | Michael Porter |
| 8247 | 08/30/04 | $996.25 | Michael Porter |
| 8211 | 08/30/04 | $994.08 | Michael Porter |
| 8176 | 08/30/04 | $991.58 | Michael Porter |

**(Conspiracy, in violation of Title 18, United States Code, Section 371)**

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
DIANE G. LUCAS, #443610
Assistant United States Attorney
555 Fourth Street, N.W., Room 4822
Washington, DC 20530
(202) 514-7912
Diane.Lucas@usdoj.gov