UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 08-138 (JDB) |
| ) | |
| DAVID FITZGERALD ) | |
| ) | |

FILED
JUN 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

I, **DAVID FITZGERALD**, the above-name defendant, who is accused of

**Conspiracy**
**18 USC 371**

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **June 20, 2008** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____       Date: _____
Judge John D. Bates