UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 08-138 (JDB) |
| v. | : | |
| | : | VIOLATION: 18 U.S.C. § 371 |
| DAVID C. FITZGERALD, | : | (Conspiracy) |
| Defendant. | : | |

**FILED**
JUN 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant, DAVID C. FITZGERALD, under penalty of perjury, agrees and stipulates to the following facts in connection with his plea of guilty as follows:

### Background

At all times relevant to this offense, Defendant DAVID C. FITZGERALD ("Fitzgerald") worked as security for Nations nightclub in Washington, D.C..

The Bank of America, N.A. ("BOA") is a federally-insured financial institution with branches located in the District of Columbia, Maryland, and elsewhere. Beginning in or about July 2004 and continuing through in or about August 2004, defendant Fitzgerald conspired with others to defraud BOA in the District of Columbia through the production and negotiation of twenty-five fraudulent checks drawn from legitimate BOA accounts in excess of $24,781.

### The Scheme

On or about July 2004, defendant Fitzgerald met with two unknown individuals who proposed a scheme whereby they would produce counterfeit checks to be passed by Fitzgerald and unknown others at BOA in Maryland. The two unknown individuals told Fitzgerald there was a teller at BOA in Maryland who provided account information, allowing them to make

counterfeit checks. The two unknown individuals demonstrated and discussed with Fitzgerald the process of making counterfeit checks on a computer. On or about July 21, 2004, Fitzgerald was provided a counterfeit check made payable to himself in the amount of $8,663. Fitzgerald went to the BOA's Queen's Chapel Branch located in Hyattsville, Maryland and approached the teller described to him by the unknown individuals. The teller negotiated the fraudulent check and gave cash to Fitzgerald, which he later provided to the two unknown individuals.

Fitzgerald discussed the Maryland scheme with two other known individuals who were employed with him at Nations nightclub in the District of Columbia. One individual knew C.H., who was employed at BOA Mount Vernon Square branch located at 625 Massachusetts Avenue NW, Washington, D.C., as a teller. Fitzgerald and the two known co-conspirators asked C.H. to provide them with account information of BOA commercial account holders in order to produce fraudulent checks. The commercial account information that C.H. provided included accounts of businesses and entities located in the District of Columbia. Fitzgerald used the legitimate account information provided by C.H. to produce counterfeit checks to fictitious payees purportedly drawn on these legitimate accounts. Once the counterfeit checks were created, Fitzgerald and other co-conspirators entered the BOA branch where C.H. worked. They waited in the teller line until C.H. was open and available. Fitzgerald and the other co-conspirators passed fraudulent checks to C.H. to process and were provided the funds based on the face value of the fraudulent checks. In exchange for his participation in the scheme, Fitzgerald received proceeds from the scheme and provided part of the proceeds to other co-conspirators.

Fitzgerald produced and C.H. processed a total of 25 counterfeit checks as part of the scheme in the District of Columbia, each of which had a value of less then $1,000 in order to

avoid an anti-fraud measures instituted by BOA requiring supervisory approval to process any check in excess of $1,000. The total value of the fraudulent checks negotiated in the District of Columbia by the co-conspirators was $24,781.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
DIANE G. LUCAS D.C. Bar # 443610
Assistant United States Attorney
555 Fourth Street, N.W., Room 4822
Washington, DC 20530
(202) 514-7912
Diane.Lucas@usdoj.gov

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: 02-08-08                        _____
                                      DAVID C. FITZGERALD
                                      Defendant

I have discussed this Statement of Offense with my client, Mr. Fitzgerald. I concur with his decision to stipulate to this Statement of Offense.

Date: _____              _____
                                   James Rudasil, Esquire
                                   Counsel for the Defendant

3