U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

**FILED**

**JUN 2 0 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :

v.                                :

DAVID C. FITZGERALD               :

:     Case No.  08-138 (JDB)

:

:

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ~~13th~~ 20th day of June 2008 ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on At a mutually convenient date & time by Special Agent Tom Jeffrey Burnside w/ USSS to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of Special Agent Tom J. Burnside w/ USSS for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge ~~(U.S. Magistrate)~~  John D. Bates

COURTS
~~DEFENSE COUNSEL~~

DOJ USA-16-1-80